

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00694-CV

Paul D. **RICE** and M. Susan Rice,
Appellants

v.

Charles C. **HICKERSON** and Eva M. Hickerson,
Appellees

From the 452nd District Court, Mason County, Texas
Trial Court No. 175739
The Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

This matter involves a dispute over a gate. The trial court rendered a final judgment permitting appellees to replace a manual gate with an electronic gate. The gate in question is on property owned by appellants, subject to a non-excusive easement granted to appellees' predecessors in interest. On September 25, 2018, the trial court rendered an order following entry of the final judgment. In that order, the trial court refused to permit appellants to supersede the judgment. The order further ordered appellees to post security in the amount of $1,000.00 — cash or bond — no later than October 1, 2018, and prior to removal of the manual gate.

On September 26, 2018, appellants filed in this court — the court of potential jurisdiction over the appeal of this matter — an emergency motion for review of the supersedeas order and an emergency motion for temporary relief. *See* TEX. R. APP. P. 24.4(a). In their motion for review of the supersedeas order, appellants contend the trial court erred in denying them the right to supersede the final judgment and in failing to set a reasonable bond for appellees. *See id*. With regard to their emergency motion for temporary relief, appellants ask that this court "issue an immediate emergency stay of enforcement of the trial court's supersedeas order." *See id*. R. 24.4(c).

After review, we **GRANT** appellants' emergency motion for temporary relief and **ORDER** the trial court's supersedeas order stayed until further order of this court. *See id*. The granting of the temporary stay precludes appellees from replacing or removing the manual gate. Additionally, appellees need not post the $1,000.00 bond by October 1, 2018, as set out in the supersedeas order.

We **ORDER** appellees to file a written response to appellants' emergency motion for review of the supersedeas order in this court **on or before October 16, 2018.**

We further **order** the clerk of this court to serve a copy of this order on the trial court and all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

KEITH E. HOTTLE,
Clerk of Court